Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-423-190**

**Effective Date of Registration:**
October 29, 2024
**Registration Decision Date:**
November 25, 2024

---

## Title

**Title of Work:** MAGICAL SANTA

## Completion/Publication

**Year of Completion:** 2014
**Date of 1st Publication:** June 02, 2014
**Nation of 1st Publication:** United States

## Author

- **Author:** Janet Stever
  **Pseudonym:** JanMarie
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Janet Stever
560 Heller Rd., Quakertown, PA, 18951, United States

## Rights and Permissions

**Organization Name:** Porterfield's Fine Art Licensing
**Name:** Lance Klass
**Email:** porterfieldsfineart@gmail.com
**Telephone:** (941)487-8581
**Address:** 2315 Milford Circle
Sarasota, FL 34239 United States

## Certification

