**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

JANET STEVER,

    Plaintiff,                                                    Case No.: 1:26-cv-01015

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

## **SCHEDULE A TO COMPLAINT**

| No. | Defendants |
|---|---|
| 1 | jemd |
| 2 | FoShanShiTangWeiMengMaoYiYouXianGongSi |
| 3 | nanxindege |
| 4 | 车贤饰内店 |
| 5 | LLIANHH |
| 6 | 遮阳蓬具 |
| 7 | henanhuachengbiaoshiyouxian |
| 8 | Tie Fa Shi Ye |
| 9 | 范书柜收纳 |
| 10 | xinxiangshipanpanshangmao |
| 11 | baofengxiantengdazhuangshigongcheng |
| 12 | zhiuen |
| 13 | hengtaihengbeijingjiudianguan |
| 14 | LiBenHong74 |
| 15 | zhongshanshiyingxindadengshiy |
| 16 | guoshengtong |
| 17 | xinxiangshibaofushizhenggongcheng |
| 18 | Guangzhou Runban Trading Co., Ltd |
| 19 | hefeiyijihuadianzishangwuyouxiangongsi |
| 20 | xinxiangshiweibinqutengdazaishengziyuanhuisho |
| 21 | lingchuanxianhuashengjianshegongchengyouxiangongsi |
| 22 | taizhouluqiaoyuxinyaodianzishangwu |
| 23 | dongmingxiyuanduoshangmao |
| 24 | Fitolos Direct |

| 25 | tianjinbangteyunshugufenyouxiangongsi |
|----|----------------------------------------|
| 26 | doulinfjd |
| 27 | liying1211 |
| 28 | jinrongdian01 |
| 29 | xmains |
| 30 | xunchengstore |
| 31 | lingshishi |